CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
             Deputy Clerk

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The premises at 926 North 85th St Seattle, Washington<br>98103, more fully described in Attachment A | ) ) ) ) ) ) ) | Case No.  MJ20-004 |

_____ FILED      _____ ENTERED
_____ LODGED   _____ RECEIVED

**FEB 04 2020**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location)*:

The premises at 926 North 85th St Seattle, Washington 98103, more fully described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B for list of items to be seized.

**YOU ARE COMMANDED** to execute this warrant on or before  1/22/20  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any U.S. Magistrate Judge in West. Dist. of Washington  .
                                                                                                          *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   January 8, 2020 at 3:00p.m.               _____/s/_____
                                                                                                    *Judge's signature*

City and state:   Seattle, Washington                                      Brian A. Tsuchida, Chief United States Magistrate Judge
                                                                                                    *Printed name and title*

USAO# 2020R00021

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: MJ20-004 | Date and time warrant executed: 01/09/2020 1130 hours | Copy of warrant and inventory left with: David Kubala |
|---|---|---|

Inventory made in the presence of: ATF SA Lexie Widmer

Inventory of the property taken and name of any person(s) seized:

1) .410 gauge shot gun
2) .410 Federal shot gun shells
3) shogun suspected silencer / black

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1-9-2020

Executing officer's signature

Shawn Galetti, Special Agent HSI
Printed name and title

USAO# 2020R00021

# ATTACHMENT A
# PREMISES TO BE SEARCHED

The premises to be searched is 926 North 85th St Seattle, Washington 98103. The following is a picture of the premises:



The premises to be searched includes the garage and any vehicles parked on the premises.

ATTACHMENT A - 1
PREMISES TO BE SEARCHED
USAO# 2020R00021

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ATTACHMENT B
## ITEMS TO BE SEIZED

All documents and items reflecting evidence and/or fruits of the commission of the crimes of (1) felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1); (2) unlawful possession of a firearm, in violation of Title 26, United States Code, Sections 5861(d); (3) conspiracy, in violation of Title 18, United States Code, Section 371, i.e.,:

1. Any firearms, firearms parts, and ammunition;

2. Any silencers, firearms mufflers, and suppressors;

3. Any documents reflecting any purchases or shipments from Chenfangfang;

4. Any documents reflecting any purchase or shipments from Zhejiang, China;

5. Documents sufficient to show dominion and control of the premises and areas searched.

ATTACHMENT B - 1
ITEMS TO BE SEIZED
USAO# 2020R00021

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970